# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

TIM S. CHAMBERLIN,

    Plaintiff,

v.

CITY OF MENLO PARK, et al.,

    Defendants.

Case No. 17-cv-04994-JSW

**ORDER TO SHOW CAUSE**

By order dated November 14, 2017, the Court set this case for an initial case management conference. This order, in relevant part, stated: "The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates." (Dkt. No. 26, at 1.)

The initial case management conference was held on January 12, 2018. Defendant's lead counsel, Todd Holton Master, Esq., did not appear. Accordingly, Mr. Master is HEREBY ORDERED TO SHOW CAUSE in writing as to why the Court should not impose sanctions in the amount of $250.00 on him for failure to comply with the Court's order. Mr. Master's response to this Order to Show Cause shall be due by January 19, 2018.

**IT IS SO ORDERED.**

Dated: January 12, 2018

_____
JEFFREY S. WHITE
United States District Judge